# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROBERT and KAROL AVENDT,

      Plaintiffs,

v.

COVIDIEN INC., a Delaware Corporation,

      Defendant.

_____/

Case No. 11-cv-15538

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

## PARTIES' JOINT STIPULATED EXHIBIT LIST WITH RESPECT TO EXHIBITS ENTERED INTO EVIDENCE DURING JANUARY 26, 2017 *DAUBERT* HEARING

As requested in the Court's January 27, 2017 Order (Docket No. 221), the parties jointly submit the following stipulated list of exhibits, which corresponds to the exhibits as admitted into evidence during the Court's January 26, 2017 *Daubert* hearing:

| EXHIBIT NUMBER/ LETTER | OFFERING PARTY | FULL TITLE OF EXHIBIT | SHORTHAND TITLE |
|---|---|---|---|
| 1 | Defendant | Michael J. Rosen, "Biologic Mesh for Abdominal Wall Reconstruction: A Critical Appraisal," Am. Surg. 2010 (Jan): 76(1) | "2010 Biologic Mesh for Abdominal Wall Reconstruction" |

| 2 | Defendant | K.C. Harth, M.J. Rosen, "Major Complications Associated with Xenograft Biologic Mesh Implantation in Abdominal Wall Reconstruction," Surgical Innovation (2009); 16(4):324-329 (Dec.) | "2009 Major Complications Assoc. with Xenograft Biologic Mesh" |
|---|---|---|---|
| 3 | Defendant | Yuri W. Novitsky, Michael J. Rosen, "The Biology of Biologics: Basic Science and Clinical Concepts," Plast. Reconstr. Surg. 130 (Suppl. 2: 9S, 2012) | "2012 Biology of Biologics" |
| 4 | Defendant | August 3, 2015 Behind the Knife: The Surgery Podcast – Audio Clip | "2015 Behind the Knife Podcast" |
| 5 | Defendant | A.M. Carbonell, C.N. Criss, W.S. Cobb, Y.W. Novitsky, M.J. Rosen, "Outcomes of Synthetic Mesh in Contaminated Ventral Hernia Repairs," J. Am. Coll. Surg. 2013;217:991-998 (Dec.) | "2013 Outcomes of Synthetic Mesh" |
| 6 | Defendant | C.E. Butler, D. Baumann, J. Janis, M. Rosen, "Abdominal Wall Reconstruction," Current Problems in Surgery 50 (2013) 557-586 | "2013 Abdominal Wall Reconstruction" |
| 7 | Defendant | Gayan S. De Silva, David M. Krpata, Yue Gao, Cory N. Criss, James M. Anderson, Hooman T. Soltanian, Machael J. Rosen, and Yuri W. Novitsky, "Lack of Identifiable Biologic Behavior in a Series of Porcine Mesh Explants," Surgery 2014; 156:183-189 (July) | "2014 Lack of Identifiable Biologic Behavior" |
| 8 | Defendant | 2015 Emails Between Dr. Rosen and Plaintiffs' Counsel – Bates Labeled PLAINTIFFS003623-3626 | "2015 Rosen Emails" |
| 9 | Defendant | December 29, 2009 University Hospitals Outpatient Notes: General | "12/29/2009 Rosen |

| | | Surgery | Outpatient Notes" |
|---|---|---|---|
| **10** | Defendant | 2012 Emails Between Dr. Rosen and Plaintiffs' Counsel – Bates Labeled PLAINTIFFS003663- | "2012 Rosen Emails" |
| **11** | Defendant | Genesys Regional Medical Center Medical Record – May 19, 2009 Operative Report | "5/19/2009 Dr. Ash Operative Report" |
| **B**[1] | Plaintiffs | Patrick W. Hsu, Christopher J. Salgado, Kathryn Kent, Matthew Finnegan, Mark Pello, Robert Simons, Umur Atabek, Brian Kann, "Evaluation of Porcine Dermal Collagen (Permacol) Used in Abdominal Wall Reconstruction," J. Plast. Reconstr. Aesthet. Surg. 2009 Nov;62(11): 1484-9 (Published Online August 21, 2008 at http://dx.doi.org/10.1016/j.bjps.2008.04.060) | "2009 Evaluation of Porcine Dermal Collagen" |
| **C** | Plaintiffs | Michael J. Rosen (editor), Atlas of Abdominal Wall Reconstruction, Elsevier 2012 | "2012 Atlas of Abdominal Wall Reconstruction Textbook" |

With the exception of Exhibit C, "2012 Atlas of Abdominal Wall Reconstruction Textbook," which Plaintiffs have or will submit to the Court as a hardcopy, the parties shall contemporaneous file a full copy of each of the aforementioned exhibits on the Docket as an attachment to this Joint Stipulated Exhibit List.[2]

---

[1] Plaintiffs marked an "Exhibit A" for identification during the hearing, however, said exhibit was a duplicate of Defendant's Exhibit 2, "2009 Major Complications Assoc. with Xenograft Biologic Mesh." Thus, the parties' stipulated list of exhibits contains no "Exhibit A."

[2] The parties will file a placeholder exhibit coversheet only for Exhibit C.

DATED:  February 24, 2017.

 */s/ Kelly G. Bieri*
Bryan T. Pratt, Esq., Admitted *Pro Hac Vice*
Kelly G. Bieri, Esq., Admitted *Pro Hac Vice*
J. Aaron Craig, Esq., Admitted *Pro Hac Vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Phone:  816.474.6550
Fax:  816.421.5547

Matthew H. Letzmann (P66269)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
Phone: 248.971.1800
Fax: 248.971.1801
**ATTORNEYS FOR DEFENDANT
COVIDIEN, INC.**

 */s/ Courtney Goldsworthy*
Courtney Goldsworthy (P68648)
WITT & GOLDSWORTHY
1624 Market St., Suite 202
Denver, CO 80202
Phone:  720.295.4095
Fax:  720.452.4010
**ATTORNEYS FOR PLAINTIFFS
ROBERT AND CAROL AVENDT**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Kelly G. Bieri
Kelly G. Bieri, *pro hac vice*
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547

**Attorneys for Defendant Covidien Inc.**